## SUPREME COURT.

SEYMOUR JONES agt. WILLARD PLATT.

*Order of arrest — Defects in affidavit, &c., for which the order will be set aside — Code of Civil Procedure, sections* 561, 562, 559, 812 — *Rules* 2-25.

The affidavit upon which the order of arrest was founded was made upon information and belief, without stating the source of such information; the application was made *ex parte,* and the moving affidavit did not state whether any previous application had been made. The order of arrest and the undertaking were not indorsed with the office address or place of business of plaintiff's attorney, nor was the order of arrest subscribed by plaintiff's attorney, and but one surety made affidavit of justification. On motion by defendant's attorney to vacate order of arrest, plaintiff's attorney asked leave to amend:

*Held,* that leave to amend should be denied and motion to vacate should be granted.

*Special Term, November,* 1880.

MOTION to vacate order of arrest

The affidavit upon which the order was founded was made upon information and belief, but did not state the sources from which the affiant obtained his information.

The application for the order of arrest was made *ex parte.* The moving affidavit did not state whether any previous application had been made for such an order (*Rule* 25).

The order of arrest and the undertaking upon which it was

Frankel agt. Elias.

founded were not indorsed with the office address or place of business of plaintiff's attorney (*Rule 2*).

The order of arrest was not subscribed by the plaintiff's attorney (*Code of Civil Procedure, sections* 561 *and* 562).

But one surety made affidavit of justification (*Code of Civil Procedure, sections* 559 *and* 812).

*Backus & Olney* and *Oswald P. Backus*, for motion, cited *Dreyfus* agt. *Otis* (54 *How. Pr.*, 405); *Hecht* agt. *Silvain* (9 *W. D.*, 313; 77 *N. Y.*, 589); *Rule* 25, *Supreme Court;* *Gouroud* agt. *Trust* (17 *Hun*, 578); *Rule* 2, *Supreme Court;* *Kiely* agt. *Sheehan* (76 *N. Y.*, 325); *Kilmer* agt. *Hathorn* (78 *N. Y.*, 228); *Code Civil Procedure, sections* 561 *and* 562; *Thompson* agt. *Fridenburg* (54 *How.*, 519); *Code Civil Procedure, sections* 559 *and* 812; 54 *Howard*, 519.

*Joseph I. Sayles*, opposed, asked leave to amend.

MERWIN, *J.* — Leave to amend denied and motion granted, with ten dollars costs.